PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.

No. 17 EAP 2007.

Supreme Court of Pennsylvania.

March 12, 2008.

### ORDER

PER CURIAM.

AND NOW, this 12th day of March, 2008, the above captioned appeal is herewith quashed for failure to file a brief.

Denise ELBERSON

v.

WORKERS' COMPENSATION APPEAL BOARD (ELWYN, INC.).

Petition of Elwyn, Inc.

Supreme Court of Pennsylvania.

March 18, 2008.

### ORDER

PER CURIAM.

AND NOW, this 18th day of March, 2008, the Petition for Allowance of Appeal and Petition for Supersedeas/Stay on Appeal are DENIED.